UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT PEELER and JUSTIN R. WALTON, | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | NO. 3:18-cv-01175 |
| CITY OF DICKSON, SETH LYLES, and TODD CHRISTIAN, | ) |  |
| Defendants. | ) |  |

## ORDER

In accordance with the accompanying Memorandum Opinion, the Motions for Summary Judgment filed by Seth Lyles and Todd Christian (Doc. No. 58) and the City of Dickson (Doc. No. 64) are **GRANTED**. Plaintiffs' federal-law claims are **DISMISSED WITH PREJUDICE**, and their state law claims against Lyles and Christian are **DISMISSED WITHOUT PREJUDICE**.

This is the final Order denying all relief in this case. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE